## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. GLR-21-0300** |
| **GREGORY JONES,** | |
| **Defendant** | |

### GOVERNMENT'S MOTION TO SEAL RESPONSE

The United States of America, by counsel, hereby submits its motion to seal its response to the defendant's motion for compassionate release in the above-captioned matter.  The government's response makes reference to the defendant's Federal Bureau of Prison medical records and health conditions, and makes substantial reference to the defendant's arguments about his health conditions.   The records and information are confidential and should not be part of the public record.

WHEREFORE, the United States respectfully requests that its response be placed under seal.

Respectfully submitted,

Erek L. Barron
United States Attorney


By:_____/s/_____
        Michael C. Hanlon
        Assistant United States Attorney

        36 South Charles Street, Fourth Floor
        Baltimore, Maryland 21201
        410-209-4895
        Michael.hanlon@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify a copy of the foregoing will be sent by first class mail or email to:

Gregory Jones, pro se
Register No. 60760-509
FCI JESUP
FEDERAL CORRECTIONAL INSTITUTION
SATELLITE CAMP
2650 301 SOUTH
JESUP, GA   31599


_____/s/_____
Michael C. Hanlon
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. GLR-21-0300** |
| **GREGORY JONES,** | |
| **Defendant** | |

**ORDER**

Upon consideration of the government's motion, the Court hereby finds as follows: there is good cause to grant the government's request in light of the content of its response. The response memorandum makes reference to the defendant's health records, which are confidential.

Therefore, it is this _____ day of _____2024, ORDERED that the government's response is placed under SEAL, pending further order of the Court.

_____                    _____
Hon. George L. Russell, III                                          Date
United States District Judge